**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDDIE C. LUCAS, JR., | : | Civil No. 1:23-CV-01458 |
| Plaintiff, | : | |
| v. | : | |
| TOXEY *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 21st day of September 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment, Doc. 103, is **GRANTED**.
2. Plaintiffs' motions for summary judgment, Docs. 102, 107, are **DENIED**.
3. The Clerk of Court is directed to enter judgment in **FAVOR** of Defendants.
4. Plaintiff's motion for a referral to a settlement conference, Doc. 111, is **DENIED** as moot.
5. The Clerk of Court is directed to **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania